# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER FULLER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-2173** |
| **BURL CAIN, WARDEN** | **SECTION: "C" (3)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections filed by petitioner Fuller to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

Accordingly,

**IT IS ORDERED** that petitioner's Objections to the Magistrate Judge's Report and Recommendations are OVERRULED. (Rec. Doc. 12). Fuller agrees with the Magistrate Judge that the statute of limitations for filing a writ of *habeas corpus* accrued when Fuller's conviction became final, that is, ninety (90) days after the Louisiana Supreme Court denied his writ on direct appeal. (Rec. Doc. 12 at 2; Rec. Doc. 10 at 3-4). However, Fuller contends that the Louisiana Supreme Court denied his writ on direct appeal on January 9, 2009 (Rec. Doc. 12 at 2), whereas the

Magistrate Judge indicates that denial occurred on October 10, 2008. (Rec. Doc. 10 at 2). The record shows that the Magistrate Judge is correct. (Rec. Doc. 1-1 at 9).

**IT IS FURTHER ORDERED** that petitioner's federal habeas petition filed pursuant to 28 U.S.C. §2254 is hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 30th day of December, 2011.

_____
**UNITED STATES DISTRICT JUDGE**